**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 25, 2014**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-53697 |
| | ) | |
| **THEA JANE BAILEY** | ) | Judge John E Hoffman Jr. |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | Related to Doc. No. 9 |

### ORDER EXTENDING THE DEADLINE FOR THE STATE OF OHIO, DEPARTMENT OF JOB AND FAMILY SERVICES TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY

The Court, coming now to consider the Motion by the Ohio Department of Job and Family Services ("ODJFS") to extend the deadline by which to file a complaint to determine dischargeability in this case by sixty (60) days and finds that:

1. ODJFS filed a motion to extend the deadline by which to file a complaint to determine dischargeability by sixty (60) days on August 26, 2014 (doc. no. 9, the "Motion").

2.      Notice of the Motion in compliance with this Court's Local Rules was filed on August 26, 2014 (doc. no. 9-1, the "Notice").

3.      According to certificates of services included at the end of the Motion and Notice, service was accomplished in accordance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

4.      The docket in this case reflects that no responses or objections to the Motion were filed.

5.      The Court finds the Motion to be well made.

It is therefore ORDERED that the deadline by which ODJFS may file a complaint to determine dischargeability is extended by sixty (60) days from the original deadline of September 2, 2014.

SO ORDERED


SUBMITTED BY:

Michael DeWine
Attorney General of Ohio

/s/ Donn D. Rosenblum_____
Donn D. Rosenblum (OH #0016552)
Principal Attorney
Collections Enforcement Section
150 East Gay Street, 21st Floor
Columbus, OH 43215
Telephone: (614)-728-5754
Facsimile:  (866)-591-5768
Email: donn.rosenblum@ohioattorneygeneral.gov
Attorney for the Ohio Department of Job and Family Services


**Copies to Default List**

# # #